IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



PATRICK JOSEPH MCCOY,          §
                               §
          Plaintiff,           §
                               §
VS.                            §  NO. 4:09-CV-517-A
                               §
MICHAEL J. ASTRUE,             §
COMMISSIONER OF                §
SOCIAL SECURITY,               §
                               §
          Defendant.           §

ORDER

On December 16, 2010, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation in the above-referenced case. The recommendation is that the decision of defendant, Michael J. Astrue, Commissioner of Social Security ("Commissioner"), that plaintiff, Patrick Joseph McCoy, was not disabled under Title II of the Social Security Act,[1] be affirmed. Plaintiff timely filed his objections, and the Commissioner filed a response. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, the court has concluded that plaintiff's objections lack merit and

---

[1] See Notice of Decision--Unfavorable, Tr. at 24, 41, which became the final decision of the Commissioner, id. at 5.

that the recommendation of the magistrate judge should be accepted. Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that plaintiff is not disabled under Title II of the Social Security Act be, and is hereby, affirmed.

SIGNED February 16, 2011.

_____
JOHN McBRYDE
United States District Judge